IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LUNAREYE, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 9:07-CV-113 |
| v. § | Civil Action No. 9:07-CV-114 |
| § | |
| WEBTECH WIRELESS INC., AIRIQ INC., § | JUDGE RON CLARK |
| AIRIQ US HOLDINGS, INC., AIRIQ US, § | |
| INC., AIRIQ MARINE, INC., AIRIQ LLC, § | |
| and CALAMP CORP.. § | |
| | |
| *Defendant*. | |

**ORDER ON AGREED CLAIM TERMS OF UNITED STATES PATENT NO. 6,484,035**

Plaintiff LunarEye, Inc. filed suit against Defendants WebTech Wireless Inc, AirIQ and Calamp alleging infringement of United States Patent No. 6,484,035 ("the ' 035 patent"). The parties agreed that no *Markman* hearing is necessary. The definitions agreed upon comport with the meaning of the terms as they are used in the claims, the specification, the prosecution history, and any applicable extrinsic evidence. Therefore, these terms will be defined as follows:

**Claim Terms**

1. **"A data selecting device for selecting less than all of the location data to include in the location signal"**

    means: "a microprocessor or other computing device together with firmware/software that selects less than all of the location data to include in the location signal."

2. **"Telemetry transmitter"**

    means: "a device that transfers measurable data using telecommunication techniques or methods."

**3. "Enable controller"**

    means: "a microprocessor or other computing device."

**4. "Enabled"**

    means: "fully operational and performing its function."

**5. "To enable"**

    means: "to place in a condition which is fully operational and performing its function."

**6. "To disable"**

    means: "to place into a condition which is not fully operational and performing its function."

**7. "Wherein the data selecting device reorders the selected location data"**

    means: "the same microprocessor or other computing device together with firmware/software also changes the order of the selected location data."

### III.  Conclusion

The jury shall be instructed in accordance with the agreed claim terms in the '035 patent.

So **ORDERED** and **SIGNED** this **27** day of **February, 2008.**

_____
   Ron Clark, United States District Judge