IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., § | | |
| § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | C.A. NO. 9:07-CV-113 | |
| § | | |
| AIRIQ, INC., AIRIQ U.S. INC.; and § | JUDGE RON CLARK | |
| CALAMP CORP., § | | |
| § | | |
| DEFENDANTS. § | | |

## PLAINTIFF'S NOTICE OF ADDITIONAL CLAIMS

Pursuant to the July 13, 2009, Order Lifting Stay and Entering Amended Scheduling Order, plaintiff files this notice of additional claims, and in support would show the following:

In addition to the preexisting allegations that certain of Defendant's products infringe claim three (3) of US Patent No. 6484035 (the "'035 Patent"), plaintiff further alleges certain of Defendant's products infringe new claims four (4) and seventeen (17) of the '035 Patent. A description of the additional claims are attached hereto as Exhibit A.

.

**WILLIAMS ◆ KHERKHER, L.L.P**

_/s/_ *E. Armistead Easterby*
E. Armistead "Armi" Easterby
Texas Bar No. 00796500
Federal ID: 20598
8441 Gulf Freeway, Suite 600
Houston, Texas  77017
713/230-2308 Phone
713/643-6226 Facsimile

Of Counsel:

**WILLIAMS ◆ KHERKHER, L.L.P**

8441 Gulf Freeway, Suite 600
Houston, Texas  77017
713/230-2308 Phone
713/643-6226 Facsimile

Clardy Law Offices
Travis Clardy
SBN: 04268020
300 Main Street, 2nd Floor
Nacogdoches, Texas 75961
Telephone (936) 564-2500
Facsimile: (936) 564-2507

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure on all counsel of record on the 27th day of July, 2009.

/s/
E. Armistead Easterby