IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LUNAREYE, INC., § § § § § § § § § § § PLAINTIFF vs. AIRIQ INC., AIRIQ US, INC., and CALAMP CORP., DEFENDANTS. | NO.    9:07-CV-00113 Judge Ron Clark |

**JOINT MOTION TO SUSPEND DEADLINES**

Plaintiff LunarEye, Inc., along with Defendants AirIQ Inc., AirIQ U.S., Inc., and CalAmp Corp. (collectively, "the parties") hereby jointly move to suspend the deadline by which LunarEye must serve its updated infringement contentions and otherwise comply with P.R. 3-1 and 3-2, and the date on which the parties must comply with P.R. 4-2 and notify the Court if a claim construction hearing is required.

According to the Court's July 30, 2009, Order Amending the Scheduling Order, the current deadline for LunarEye to comply with P.R. 3-1 and P.R. 3-2 is today, October 12, 2009. In addition, according to the Court's July 13, 2009, Order Lifting Stay and Entering Amended Scheduling Order, the deadline for the parties to exchange preliminary proposed claim constructions and notify the Court if a Markman hearing is required is today, October 12, 2009.

The parties, however, are in the process of drafting a proposed, revised Scheduling Order consistent with an updated September 13, 2010, trial date. The parties anticipate modifications to the above deadlines as part of that proposed order. The parties further anticipate submitting that proposed order on or before this Friday, October 16, 2009. As such, the parties have agreed that the above deadlines should be suspended until the Court issues a revised Scheduling Order.

The parties accordingly respectfully ask the Court to suspend the deadline for LunarEye to serve its updated infringement contentions and otherwise comply with P.R. 3-1 and 3-2, the deadline for the parties to comply with P.R. 4-2, and the deadline for the parties to notify the

Court if a claim construction hearing is required until the Court issues a revised Scheduling Order.

| | |
|---|---|
| Dated: October 12, 2009. | Respectfully submitted, |

*/s/ E. Armistead Easterby*
E. Armistead Easterby
Texas State Bar No. 00796500
Federal ID: 20598
**WILLIAMS KHERKHER**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Tel: (713) 230-2308/Fax: (713) 643-6226

**COUNSEL FOR PLAINTIFF LUNAREYE, INC.**

| | |
|---|---|
| */s/ Joel A. Kauth*<br>Joel A. Kauth, Pro Hac Vice<br>joel.kauth@kppb.com<br>**KAUTH, POMEROY, PECK & BAILEY LLP**<br>2875 Michelle Drive, Suite 110<br>Irvine, California 92606<br>Tel: (949) 852-0000/Fax: (949) 852-0004<br><br>J. Thad Heartfield<br>Texas Bar No. 09346800<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, Texas 77706<br>Tel: (409) 866-3318/Fax: (409) 866-5789<br><br>**ATTORNEYS FOR DEFENDANT CALAMP CORP.** | */s/ Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam, Pro Hac Vice<br>ralsalam@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (206) 359-6385/Fax (206) 359-7385<br><br>Diane V. DeVasto<br>Texas State Bar No. 05784100<br>dianedevasto@potterminton.com<br>**POTTER MINTON**<br>110 North College<br>500 Plaza Tower<br>Tyler, TX 75702<br>Tel: (903) 597-8311/Fax: (903) 593-0846<br><br>**ATTORNEYS FOR DEFENDANTS AIRIQ INC. AND AIRIQ US, INC.** |

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 12, 2009, a true and correct copy of the foregoing has been provided to the following via CM/ECF:

E. Armistead Easterby
WILLIAMS KHERKHER LLP
8441 Gulf Freeway, Suite 600
Houston, TX  77017

Joel A. Kauth
KAUTH, POMEROY, PECK & BAILEY LLP
2875 Michelle Drive, Suite 110
Irvine, CA 92606

                          */s/ Ramsey M. Al-Salam*
                             Ramsey M. Al-Salam