IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | C.A. NO. 9:07-CV-113 |
| | § | |
| AIRIQ, INC., AIRIQ U.S. INC.; and CALAMP CORP., | § | JUDGE RON CLARK |
| | § | |
| DEFENDANTS. | § | |

## AGREED MOTION TO AMEND SCHEDULING ORDER

Plaintiff LunarEye, Inc. ("LunarEye") and Defendants AirIQ, Inc. AirIQ U.S. Inc. ("AirIQ") and CalAmp Corp. ("CalAmp") (referred to as "the parties") jointly submit this agreed motion to amend the Court's Scheduling Order entered July 30, 2009. The parties therefore respectfully request that the Court grant this agreed motion and enter the attached proposed scheduling order.

Dated: October 16, 2009                  Respectfully submitted,

/s/ Armistead Easterby
Edwin Armistead Easterby
Texas Bar No. 00796500
Email: aeasterby@williamskherkher.com
Williams Kherkher Law Firm.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 249-2189
Facsimile: (713) 643-6226
Counsel for Plaintiff.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure on all counsel of record on the 16th day of October, 2009.

/s/ Armistead Easterby
Edwin Armistead Easterby

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Defendants, and this is an agreed motion.

/s/ Armistead Easterby
Edwin Armistead Easterby
