IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | C.A. NO. 9:07-CV-113 |
| | § | |
| AIRIQ, INC., AIRIQ U.S. INC.; and CALAMP CORP., | § | JUDGE RON CLARK |
| | § | |
| DEFENDANTS. | § | |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff LunarEye, Inc. ("LunarEye") and Defendants AirIQ, Inc. AirIQ U.S. Inc. ("AirIQ") and CalAmp Corp. ("CalAmp") (referred to as "the parties") jointly submit this agreed motion to amend the Court's Scheduling Order entered October 20, 2009. The only changes are as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| P.R. 3-1 Infringement Contentions (and P.R. 3-2 document production. | December 21, 2009 | January 5, 2010 |
| P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) | January 19, 1009 | February 3, 2010 |
| Comply with P.R. 3-7 (Designation of Willfulness Opinions). | February 2, 2010 | February 17, 2010 |
| Parties to exchange proposed terms for construction and identify claim elements. | February 12, 2010 | February 26, 2010 |
| Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). Parties also to notify Court if claim construction hearing is required. | February 26, 2010 | March 12, 2010 |

- 1 -

The requested (15) day extension for the foregoing items will not affect the trial schedule or the remaining deadlines. The parties therefore respectfully request that the Court grant this agreed motion and enter the attached proposed scheduling order.

Dated: December 18, 2009                    Respectfully submitted,


/s/ Edward W. Goldstein
Edward W. Goldstein
Texas Bar No. 08099500
Stephen F. Schlather
Texas Bar No. 24007993
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email:  egoldstein@gfpiplaw.com
Email:  sschlather@gfpiplaw.com

Edwin Armistead Easterby
Texas Bar No. 00796500
Email: aeasterby@williamskherkher.com
Williams Kherkher Law Firm.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:  (713) 249-2189
Facsimile:  (713) 643-6226

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure on all counsel of record on the 18th day of December, 2009.


/s/ Edward W. Goldstein
Edward W. Goldstein

- 2 -

- 3 -

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Defendants, and this is an agreed motion.

*/s/ Armistead Easterby*
Edwin Armistead Easterby
