IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 9:07CV113 |
| v. | § | |
| | § | |
| AIRIQ, INC. *et al*, | § | JUDGE RON CLARK |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Agreed Motion to Amend the Scheduling Order [Doc. # 100] to extend certain deadlines by about two weeks.  The court is of the opinion that the motion should be GRANTED and amends the Scheduling Order as set out below.

| | |
|---|---|
| January 5, 2010 | If Plaintiff has notified the court that it plans to assert new claims, it will serve P.R. 3-1 Infringement Contentions (and P.R. 3-2 document production) on Defendants by this date. **[Previous deadline: December 21, 2009]** |
| February 3, 2010 | If Plaintiff has served new Infringement Contentions based on newly added claims, Defendants shall serve P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document productions) by this date.  **[Previous deadline: January 19, 2010]** |
| February 17, 2010 | Comply with P.R. 3-7.  (Designation of Wilfulness Opinions).  **[Previous deadline: February 2, 2010]** |
| February 26, 2010 | If Plaintiff has added new claims to its Infringement Contentions**,** the parties will exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1) by this date.  **[Previous deadline: February 12, 2010]** |
| March 12, 2010 | If Plaintiff has added new claims to its Infringement Contentions, the parties will exchange preliminary |

> proposed claim construction and extrinsic evidence supporting same (P.R. 4-2) by this date.  **The parties will also notify the court by this date if a claim construction hearing is required. [Previous deadline: February 26, 2010]**

All other deadlines remain the same.  This Order shall not serve as the basis for extension of any other deadline, including the September 2010 trial date.

So **ORDERED** and **SIGNED** this **20** day of **December, 2009.**

_____
Ron Clark, United States District Judge