IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **LUNAREYE, INC.,** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| vs. § | NO.     9:07-CV-00113 |
| **AIRIQ INC., AIRIQ US, INC., and** § | |
| **CALAMP CORP.,** § | **Judge Ron Clark** |
| § | |
| **DEFENDANTS.** § | |
| § | |

## DEFENDANTS' NOTICE OF REQUEST FOR A CLAIM CONSTRUCTION HEARING

Defendants AirIQ Inc., AirIQ U.S., Inc., and CalAmp Corp. (collectively, "Defendants"), pursuant to the Court's Amended Scheduling Order (Docket No. 101), hereby request a claim construction hearing in this matter.

Dated:  March 12, 2010.                                                       Respectfully submitted,

*/s/ V. Ajay Singh*
Ramsey M. Al-Salam, *pro hac vice*
   RAlSalam@PerkinsCoie.com
V. Ajay Singh
   State Bar No. 24056333
   ASingh@PerkinsCoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Diane DeVasto
   State Bar No. 05784100
   DianeDevasto@potterminton.com
**POTTER MINTON**
110 N. College Street, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS**
**AirIQ Inc. and AirIQ US, Inc.**


*/s/ Joel A. Kauth, by permission, V. Ajay Singh*
Joel A. Kauth, *pro hac vice*
   Joel.Kauth@kppb.com
**KAUTH, POMEROY, PECK & BAILEY LLP**
2875 Michelle Drive, Suite 110
Irvine, California 92606
Phone: (949) 852-0000
Fax: (949) 852-0004

J. Thad Heartfield
   Texas Bar No. 09346800
   Thad@jth-law.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Phone: (409) 866-3318
Fax: (409) 866-5789

**ATTORNEYS FOR DEFENDANT**
**CalAmp Corp.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 12, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                           */s/ V. Ajay Singh*
                                            Vincent Ajay Singh