IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 9:07CV113 |
| v. | § | |
| | § | |
| AIRIQ, INC. *et al*, | § | JUDGE RON CLARK |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the court is Defendants AirIQ, Inc. et al's Notice of Request for a Claim Construction Hearing [Doc. # 118]. The parties were to notify the court by March 12, 2010 if they believed a claim construction hearing was required in this case based on the new claims added during reexamination. Only Defendants requested a claim construction hearing, and Plaintiff LunarEye, Inc. does not believe a hearing to be necessary. Therefore, the court ORDERS as follows and sets the following deadlines for claim construction:

| | |
|---|---|
| **April 5, 2010** | Opening claim construction brief by Defendants (P.R. 4-5(a)). This brief will be limited to twenty-five pages. |
| **April 5, 2010** | Submit technology synopsis (both hard copy and disk). |
| **April 19, 2010** | Responsive claim construction brief by Plaintiff (P.R. 4-5(b)). This brief will be limited to thirty pages. |
| **April 26, 2010** | Reply claim construction brief by Defendants (P.R. 4-5(c)). This brief will be limited to five pages. |
| **May 3, 2010** | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |

**May 12, 2010** | | | **Claim construction hearing at 10:00 a.m. in Beaumont, Texas.**

The parties may assume that the court has familiarity with the claim construction standard of review, and need not devote a significant portion of their briefing to reciting the applicable law.

So **ORDERED** and **SIGNED** this **16** day of **March, 2010.**

_____
Ron Clark, United States District Judge